■ In the Matter of the STATE DIVISION OF HUMAN RIGHTS, on Complaint of LAURA J. SLOATE, Petitioner, v 8100 RESTAURANT CORPORATION, Respondent. — Petition for an order directing compliance by respondent with the order of the State Division of Human Rights dated March 19, 1981, unanimously granted, with $50 costs, and respondent directed to comply with said order. No opinion. Concur — Murphy, P. J., Sullivan, Ross and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLYDE EVANS, Appellant. — Judgment, Supreme Court, New York County (Leff, J.), rendered on March 13, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Markewich, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ HUDSON VIEW PROPERTIES, Respondent, v JULIA M. WEISS et al., Appellants, and ROBERT ABRAMS, as Attorney-General of the State of New York, Intervenor-Appellant. — Order, Appellate Term, Supreme Court, First Department, entered on July 17, 1981, unanimously reversed, on the law, without costs and without disbursements, for the reasons stated by Asch, J., dissenting at Appellate Term, and Wilk, J., at Civil Court and the motion to dismiss the petition of petitioner respondent granted. Concur — Sandler, J. P., Carro, and Silverman, JJ. Ross, J., concurs in the result only.